UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Case No. 26-cv-01803-SRN-DTS

Adam Evenstad and Chris Thienes or any successors as Trustees of the United Food and Commercial Workers Local Union 1189 and St. Paul Food Employers Health and Welfare Fund, et al,

      Plaintiffs,

vs.

Oxendale's Enterprises, Inc.,

      Defendant.

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**

The above-captioned matter came before this Court on Plaintiffs' Motion for Entry of Default Judgment ("Plaintiffs' Default Judgment Motion") [Doc. No. 12]. A hearing on Plaintiffs' Default Judgment Motion was held before the undersigned on August 13, 2026, at 10:30 a.m., in the Warren E. Burger Federal Building and U.S. Courthouse in St. Paul, Minnesota. Christy Lawrie, Esq., of Shumaker, Loop & Kendrick, LLP, 60 S. Sixth St., Ste. 2535, Minneapolis, MN 55402, appeared on behalf of Plaintiffs, and Defendant Oxendale's Enterprises, Inc., did not appear.

Plaintiffs filed this action on March 10, 2026 [Doc. No. 1], and served Defendant with the Complaint on March 17, 2026 [Doc. No. 6]. After receiving no response, Plaintiffs applied for Entry of Default [Doc. No. 7], which the Clerk of Court entered on April 10, 2026 [Doc. No. 10]. Plaintiffs served Defendant with a copy of the Clerk's Entry of Default on April 13, 2026 [Doc. No. 11].

Plaintiffs filed the instant Default Judgment Motion on May 27, 2026, and served a

1

copy of the Default Judgment Motion and supporting documents on Defendant on May 28, 2026 [Doc. No. 18].  Plaintiffs filed a Revised Memorandum [Doc. No. 19] in Support of their Default Judgment Motion on July 9, 2026, and served a copy of the Revised Memorandum and supporting documents on Defendant on July 9, 2026 [Doc. No. 22].

At the August 13, 2026 hearing, Counsel for Plaintiffs stated that she had communicated with Defendant's representative on August 12, 2026.  Defendant was aware of the August 13 hearing and did not dispute the amount owed.

Based upon the record:

**IT IS HEREBY ORDERED:**

1.      That the Plaintiffs' Motion for Entry of Default Judgment [Doc. No. 12] is **GRANTED** in its entirety.

2.      That the Plaintiffs are entitled to a default judgment in the amount of $42,541.21 for unpaid benefit contributions and deferrals for the period of May 2025 through April 2026.

3.      That the Plaintiffs are entitled to a default judgment in the amount of $7,693.01 for liquidated damages for the period of May 2025 through April 2026.

4.      That the Plaintiffs are entitled to a default judgment in the amount of $1,322.58 for interest charges for the period of May 2025 through April 2026.

5.      That the Plaintiffs are entitled to a default judgment in the amount of $4,334.00 for attorneys' fees and costs for the period of May 2025 through April 2026.

6.      That the total amount of the default judgment to be entered against Defendant and in favor of Plaintiff shall be $55,890.80.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 13, 2026

s/Susan Richard Nelson
_____
Susan Richard Nelson
United States District Judge